8246

TURNER v. MARTIN.

Exceptions—Accounting.—In an action upon an accounting referred, exceptions assuming as facts in existence, facts found by the Circuit Court against appellant, are not considered.

Before Watts, J., Spartanburg, July term, 1911. Affirmed.

Action by B. L. Turner against J. B. Martin. Defendant appeals.

*Mr. Stanyarne Wilson,* for appellant, cites: *As to remote damages:* 95 S. W. 117; 77 S. C. 286; 48 N. W. 559; 77 S. C. 286; 111 Mass. 139; 54 S. C. 504.

*Mr. J. A. Phifer,* contra, cites: *Special damages should be noticed:* 70 S. C. 16; 25 S. C. 68; 70 S. C. 114; 72 S. C. 398; 40 S. C. 524.

July 5, 1912. The opinion of the Court was delivered by

MR. CHIEF JUSTICE GARY. This is an action upon an account. There was an order of reference to the master, to take the testimony and report upon all issues involved, both law and fact.

In his report he recommended that the plaintiff have judgment against the defendant for a certain sum, and the defendant filed exceptions to said report.

After hearing argument, his Honor, the Circuit Judge, overruled the exceptions, and confirmed the master's report, whereupon the defendant appealed upon a single exception, assigning error on the part of the Circuit Judge in ruling that the damages alleged in the fourth paragraph of the defendant's answer were too remote.

It is only necessary to refer to the exceptions and the master's finding of fact to show, that the exception assumes the existenec of facts, found against the defendant, by the Circuit Judge.

The exception is, therefore, overruled and the appeal dismissed.

MR. JUSTICE WATTS *disqualified.*